IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CANDY ALLEN, | ) |
| | ) Case No. 3:08-1043 |
| Plaintiff, | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| v. | ) |
| | ) JURY DEMAND |
| CORRECT CARE SOLUTIONS, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Per Magistrate Bryant's February 26, 2009 Order (Doc. No. 8), this matter is set for Jury Trial on Tuesday, June 22, 2010 at 9:00 a.m., with a Pretrial Conference set for 11:00 a.m. on Friday, June 11, 2010. The Pretrial Conference and Jury Trial are hereby **CONTINUED**. The Pretrial Conference will be held on September 21, 2010 at 10:00. The Jury Trial is rescheduled for September 28, 2010 at 9:00 a.m.

It is so ORDERED.

Entered this 21st day of May, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT